Daniel P. Duryea, Respondent, v. Pearl Hendrickson, Appellant.— Order affirmed, with ten dollars costs and disbursements. The lease to which defendant refers covers only lot 1713, and without deciding whether the subsequent deed imposed the restriction it is sufficient to justify the

court's discretion in granting the injunction that such lot has been united with other lots falling under the covenants. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.